UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                     Bankruptcy No. 18-16796-MER
                                                           Chapter 7
MAIREN R. REAGAN, XXX-XX-5289
                                                           Adv. Proc. No. 19-01181-MER
Debtor.

---

RACHEL MCQUEENEY,

Plaintiff,

v.

MAIREN R. REAGAN,

Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order signed by the Hon. Michael E. Romero dated October 22, 2019,

IT IS HEREBY ORDERED AND DECREED that a Judgment is hereby entered in favor of Plaintiff, Rachel McQueeney, and against the Defendant, Mairen R. Reagan, in the principal sum of $418,318.54, and this amount is nondischargeable pursuant to 11 U.S.C. § 523(a)(6), which Judgment may be satisfied pursuant to the terms and conditions of the parties' Amended Stipulated Judgment.

                                        CLERK OF COURT:


Dated:  October 22, 2019                _____
                                        Deputy Clerk


Approved as to form:


_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court