IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>MAIREN R. REAGAN,<br><br>Debtor. | Bankr. No. 18-16796-MER<br><br>Chapter 7 |
| RACHEL MCQUEENEY,<br><br>Plaintiff,<br><br>v.<br><br>MAIREN R. REAGAN,<br><br>Defendant. | Adv. No. 19-01181-MER |

CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
(ABSTRACT/TRANSCRIPT OF JUDGMENT)

    I, Kenneth S. Gardner, Clerk of the United States Bankruptcy Court for the District of Colorado, do certify that on October 22, 2019, the attached Judgment was entered by the Court in favor of Plaintiff Rachel McQueeney, and against Defendant Mairen R. Reagan, in the principal sum of $418,318.54, and this amount is nondischargeable pursuant to 11 U.S.C. § 523(a)(6), which Judgment may be satisfied pursuant to the terms and conditions of the parties' Amended Stipulated Judgment.

    This Judgment is entered on the docket of this Court and remain of record in Denver, Colorado.

    No notice of appeal from this judgment has been filed and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

Date:  May 23, 2022

Kenneth S. Gardner, Clerk

By: _____
L. Guice, Deputy Clerk

*I hereby attest and certify that the foregoing/affixed document(s) herein is/are a full, true and correct copy of the original document filed/issued by this Court.*

Certified on:
By:
Deputy Clerk, U.S. Bankruptcy Court - District of Colorado

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MAIREN R. REAGAN, XXX-XX-5289

Debtor.

Bankruptcy No. 18-16796-MER
Chapter 7

Adv. Proc. No. 19-01181-MER

RACHEL MCQUEENEY,

Plaintiff,

v.

MAIREN R. REAGAN,

Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order signed by the Hon. Michael E. Romero dated October 22, 2019,

IT IS HEREBY ORDERED AND DECREED that a Judgment is hereby entered in favor of Plaintiff, Rachel McQueeney, and against the Defendant, Mairen R. Reagan, in the principal sum of $418,318.54, and this amount is nondischargeable pursuant to 11 U.S.C. § 523(a)(6), which Judgment may be satisfied pursuant to the terms and conditions of the parties' Amended Stipulated Judgment.

CLERK OF COURT:

Dated: October 22, 2019

_____
Deputy Clerk

Approved as to form:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MAIREN R. REAGAN, XXX-XX-5289

Debtor.

Bankruptcy No. 18-16796-MER
Chapter 7

Adv. Proc. No. 19-01181-MER

RACHEL MCQUEENEY,

Plaintiff,

v.

MAIREN R. REAGAN,

Defendant.

**ORDER APPROVING AMENDED STIPULATED JUDGMENT IN SETTLEMENT OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

AND NOW, upon consideration of the parties' Amended Stipulated Judgment in Settlement of Complaint to Determine Dischargeability of Debt in the above-captioned adversary proceeding, and for good cause shown, it is

**ORDERED** that the Amended Stipulated Judgment is hereby APPROVED; and it is further

**ORDERED** that Judgment shall enter in favor of Plaintiff, Rachel McQueeney, and against the Defendant, Mairen R. Reagan, in the principal sum of $418,318.54, and this amount is nondischargeable pursuant to 11 U.S.C. § 523(a)(6); and it is further

**ORDERED** that the Defendant can satisfy the Judgment pursuant to the terms and conditions of the Stipulated Judgment.

BY THE COURT:

Dated:   October 22, 2019

Michael E. Romero, Chief Judge
United States Bankruptcy Court