UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    Bankruptcy No. 18-16796-MER
                                                          Chapter 7
MAIREN R. REAGAN, XXX-XX-5289

Debtor.

---

RACHEL MCQUEENEY,                                         Adv. Proc. No. 19-01181-MER

Plaintiff,

v.

MAIREN R. REAGAN,

Defendant.

---

## ORDER FOR REVIVAL OF JUDGMENT

---

THIS MATTER coming before the Court on the *Judgment Creditor's Motion for Revival of Judgment*, pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 5010, Fed. R. Civ. P. 69(a), and Colo. R. Civ. P. 54(h) and the Court having considered the Motion and being otherwise fully advised does hereby Order:

Plaintiff has personally served Defendant Mairen Reagan with the Notice to Show Cause for Revival of Judgment and the Motion to Reopen Adversary for Revival of Judgment on September 19, 2025, per the Affidavit of Service filed on September 30, 2025 (ECF # 26).

Defendant Mairen Reagan has failed to file a response.

Therefore, the judgment entered on October 22, 2019 (ECF # 12) against Mairen Reagan in the amount of $418,318.54, less payments in the amount of $25,900, for a total of $392,418.54, plus interest at the Colorado statutory rate of 8% per annum, compounded annually, is hereby revived as today's date. This judgment is non-dischargeable pursuant to 11 U.S.C. §523(a)(2)(A)

Dated: October 14, 2025                    BY THE COURT:

                                           Hon. Michael E. Romero
                                           U.S. Bankruptcy Judge