UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MAIREN R. REAGAN, XXX-XX-5289

Debtor.

Bankruptcy No. 18-16796-MER
Chapter 7

Adv. Proc. No. 19-01181-MER

---

RACHEL MCQUEENEY,

Plaintiff,

v.

MAIREN R. REAGAN,

Defendant.

---

## SATISFACTION OF JUDGMENT

---

Plaintiff/Judgment Creditor, Rachel McQueeney ("McQueeney"), by and through her undersigned counsel, hereby acknowledges full and complete satisfaction of the Judgment originally entered in the above-captioned adversary proceeding on October 22, 2019 (ECF No. 13), in the amount of $418,318.54, together with interest and costs as awarded therein, and subsequently revived on October 14, 2025 (ECF No. 28), in the amount of $392,418.54, Plaintiff hereby authorizes and requests that the Clerk of the United States Bankruptcy Court for the District of Colorado enter this Satisfaction of Judgment upon the docket of the above-captioned adversary proceeding, and further requests that the judgment be marked as fully satisfied of record.

Plaintiff further represents that all amounts due and owing under the Judgment, including principal, interest, attorney's fees, and costs, have been paid in full, and that Plaintiff has no further claim against Defendant arising from or related to said Judgment.

Respectfully submitted this 29th day of May 2026.

RG BUSCH, PLLC


By: s/ *Robert G. Busch*
Robert G. Busch, #28565
*Attorney for Plaintiff/Judgment Creditor*

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing Satisfaction of Judgment was served upon the following parties via the Court's CM/ECF electronic filing system, and/or by United States first-class mail, postage prepaid, as indicated below:

Mairen R Reagan
PO Box 3408
Telluride, CO 81435-9109
(via U.S. first class mail)

s/ *Robert G. Busch*
Robert G. Busch